| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN: 249203) <br> ak@kazlg.com |
| 3 | Jason A. Ibey, Esq. (SBN: 284607) <br> jason@kazlg.com |
| 4 | 245 Fischer Avenue, Suite D1 <br> Costa Mesa, CA 92626 |
| 5 | Telephone: (800) 400-6808 <br> Facsimile: (800) 520-5523 |
| 6 | |
| 7 | [Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FLORENCE MORRIS,** | **Case No.:** 3:17-cv-00511-BEN-AGS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | <u>**ENE Conference:**</u> |
| | Date:    June 27, 2017 <br> Time:    9:00 a.m. |
| | **FAC Filed:** April 7, 2017 |
| **TRANS UNION, LLC,** | |
| Defendant. | |

  NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to putative Class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated, including the currently scheduled ENE, and that the Court set a deadline on or after August 21, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: June 20, 2017                                **KAZEROUNI LAW GROUP, APC**

                                                                  By: s/ Abbas Kazerounian
                                                                        Abbas Kazerounian, Esq.
                                                                        *Attorney for Plaintiff*

**Additional Plaintiff's Counsel:**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022
*Attorney for Plaintiff*

**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq. (SBN: 250548)
danielshay@tcpafdcpa.com
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292
*Attorney for Plaintiff*