UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>                             Defendant. | Case No.:  3:17-cv-00511-BEN-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

For good cause shown, the Court **GRANTS** the parties' joint motion to dismiss this action with prejudice, with each party to bear her or its own fees and costs.  The case is **DISMISSED.**

      **IT IS SO ORDERED.**

Dated:  September 27, 2017

Hon. Roger T. Benitez
United States District Judge